UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-25099-JLK

CARLOS BRITO,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC,

    Defendant.
_____/

## AMENDED JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, EQUITY ONE (FLORIDA PORTFOLIO) LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed per Court's Final Order of Dismissal [D.E. 25] which they expect to do no later than October 15, 2021. Accordingly, the Parties, appreciate the Court vacating all dates and deadlines in the case.

Respectfully submitted this October 5, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Peter Ross Siegel* |
| ANTHONY J. PEREZ | PETER ROSS SIEGEL |
| Florida Bar No.: 535451 | Florida Bar No. 988634 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENSPOON MARDER LLP |
| 4937 S.W. 74th Court | One Boca Place |
| Miami, FL 33155 | 2255 Glades Road Suite 400E |
| Telephone: (305) 553- 3464 | Boca Raton, FL 33431 |
| Facsímile: (305) 553-3031 | Telephone: 954-491-1120 |
| Primary Email: ajperezlaw@gmail.com | Fax: 954-267-8027 |
| *Attorney for Plaintiff Carlos Brito* | Email: peter.siegel@gmlaw.com |
| | *Attorney for Defendant, Equity One (Florida Portfolio) LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 5, 2021.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: dperaza@lawgmp.com

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ