# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-25099-CV-KING

KYRA CAREY,

    Plaintiff,

v.

EQUITY ONE PORTFOLIO), LLC,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Notice of Settlement (D.E. #26) filed October 5, 2021.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED**.  The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

4. All pending deadlines and hearing dates are hereby canceled.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of October, 2021.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Beverly Virues**
Law Office of Garcia-Menocal & Prez, P.L.
Miami, FL
305-553-3464
Email: bvirues@lawgmp.com

**Anthony Joseph Perez**
Garcia-Menocal & Perez, P.L.
4937 SW 74th Court
No. 3
Miami, FL 33155
305-553-3464
Fax: 305.553.3031
Email: ajperezlaw@gmail.com

*Counsel for Defendant:*
**Peter Ross Siegel**
Greenspoon Marder, P.A.
One Boca Place
2255 Glades Road
Suite 400E
Boca Raton, FL 33431
954-491-1120
Fax: 771-9264
Email: peter.siegel@gmlaw.com